UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Gene D. White | : | Case No.: 20-11005-JKF |
| Patricia White | : | |
|  | : | |
| Debtor | : | Chapter 13 |

## ORDER GRANTING DEBTOR'S MOTION TO APPROVE PERSONAL INJURY SETTLEMENT

AND NOW, this _____ day of _____, 2020 upon consideration of the Motion to Approve Personal Injury Settlement, it is hereby ORDERED and DECREED that Lundy Law may settle Debtor's personal injury case in accordance with said Motion and Distribution Sheet, and lastly the Debtor may receive his Exempted damage award;

~~FURTHER ORDERED:~~

**Date: April 29, 2020**

Hon. Jean K. FitzSimon