### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| **Gene D. White, Jr. and Patricia A. White,** | : | |
| Debtors. | : | Case No.:  20-11005 (JKF) |

### ORDER

**AND NOW,** this 4th day of June, 2020, upon consideration of Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers concerning Proof of Claim Number 2-1 filed by Key Bank, N.A., s/b/m to First Niagara Bank, N.A. (doc. no. 21 the "Motion");

**AND** the Court concluding that the subject Proof of Claim (including attachments), Claim Number 2-1, fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk **SHALL FORTHWITH PROHIBIT PUBLIC ACCESS** to Proof of Claim Number 2-1 filed on February 25, 2020.

3. Nathalie Paul, Esquire, Counsel for Movant, Key Bank, N.A., s/b/m to First Niagara Bank, N.A., **SHALL FILE** redacted copies of the document(s) identified in Paragraph 2 above on or before June 12, 2020.

_____
**HONORABLE JEAN K. FITZSIMON**
**United States Bankruptcy Judge**